RECEIVED IN
The Court of Appeals
Sixth District

MAY 0 6 2015

Texarkana, Texas
Debra Autrey, Clerk

APPEAL NO. _____ of 06-14-00194-CR

FILED IN
The Court of Appeals
Sixth District

MAY 0 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

# IN THE
# SIXTH COURT OF APPEALS
# TEXARKANA, TEXAS

BENNIE JOHNSON, JR.,  §  Appellant,

V.  §

THE STATE OF TEXAS,  §  Appellee.

Appeal from trial cause number 12F0821-102 from the District Court of Bowie County, Texas, 102nd Judicial Court.

## MOTION FOR FIRST EXTENSION OF TIME TO FILE APPELLANT'S PRO SE BRIEF IN RESPONSE TO ANDERS' BRIEF.

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Bennie Johnson, Jr., Appellant-prose, and respectfully moves this Court to extend the deadline for filing his brief by thirty (30) days. In support of, Appellant ("Johnson") would show the following:

On October 16, 2014, the jury found Johnson guilty of Aggravated Sexual Assault - Texas Penal Code § 22.021. The

jury assessed punishment at Life imprisonment in the Texas Department of Criminal Justice - Institutional Division.

## II.

The current due date to file appellate-pro se brief is May 18, 2015. This is Johnson's first request for extension.

## III.

Johnson received notice by mail that his appellate attorney, Mr. Derric S. McFarland, filed an _Anders_ brief on his behalf with motion to withdraw as counsel, and that Johnson had a right to file pro se brief, or response, to the _Anders_ on April 22, 2015.

## IV.

Though having received some of the appellate record from Mr. McFarland, Johnson does not have the complete record which he can effectively file appellant's pro se brief.

## V.

Johnson is unable to meet the deadline, as stated above, for the following reasons: limited appellate record for review; limited access to law library to a few hours a day; and has no legal education, training or sophistication in the law, therefore slowing down his research.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Johnson prays that this Court grant this motion and extend the current deadline of May 18, 2015, thirty (30) days in which to file his pro se brief, extending the deadline to June 17, 2015.

Respectfully submitted,

_Patrick D. Moreno_
Patrick D. Moreno
TDCJ No. 1752336
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Tx. 77705
Layman for Appellant

_Bennie Johnson Jr._
Bennie Johnson, Jr., Appellant-Pro Se
TDCJ No. 1970053
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

## CERTIFICATE OF SERVICE

I hereby certify that on May 4th, 2015, a true and correct copy of Johnson's motion for extension of time in which to file his pro se brief was mailed to State's Attorney, Ms. Kelley Crisp, by U.S. First Class mail addressed at Bowie County District Attorney, 601 Main Street, Texarkana, Texas 75501.

Bennie Johnson Jr.
Bennie Johnson, Jr.
TDCJ No. 1970053
Appellant - Pro Se

## UNSWORN DECLARATION

I, Bennie Johson, Jr., TDCJ No. 1970053, being presently incarcerated in the Mark W. Stiles Unit of the Texas Department of Criminal Justice - ID in Jefferson County, Texas, verify and declare under penalty of perjury, persuant to Federal Law (28 U.S.C. §1746) and State Law (V.T.C.A. Civil Practice and Remedies Code §132.001- §132.003), that the foregoing statements are true and correct. Executed on this the 4th day of May, 2015.

Bennie Johnson Jr.
Bennie Johnson, Jr.
TDCJ No. 1970053
Appellant - Pro Se